IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STEFANIE KIM KUEHN

        Debtor.

CARDINAL STRITCH UNIVERSITY INC.                ORDER

        Appellant,                              3:07-cv-00368-bbc

   v.

STEFANIE KIM KUEHN,

        Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Appellee-debtor Stefanie Kim Kuehn has moved for an award of additional attorney fees from appellant Cardinal Stritch University to reimburse her for the fees she incurred in responding to appellant's appeal. She has asked for $5,735.00. Appellant may have until December 26, 2007, in which to file and serve any opposition it has to the request. There

will be no reply.  The motion will be decided on the written filings without a hearing.

Entered this 11th day of December, 2007.

                                    BY THE COURT:

                                    /s/
                                    BARBARA B. CRABB
                                    District Judge